THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Charlotte A. Autry, | CASE NO.: |
| Plaintiff, | Judge: |
| -vs- | **NOTICE OF REMOVAL** |
| Wal-Mart Stores, Inc., et al., | |
| Defendants | Taylor C. Knight (0089531) |
| | Brittany H. Asmus (0095142) |
| | REMINGER CO., L.P.A. |
| | One SeaGate, Suite 1600 |
| | Toledo, Ohio 43604 |
| | Telephone: (419) 254-1311 |
| | Fax: (419) 243-7830 |
| | E-mail: tknight@reminger.com |
| | Counsel for Defendant |
| | Wal-Mart Stores, Inc. |

Now come Defendants, Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust, by and through counsel, Reminger Co., L.P.A., and respectfully submit this Notice of Removal pursuant to Title 28 U.S.C. § 1332, § 1441 and § 1446 as follows:

1. That there was commenced and is now pending in the Court of Common Pleas for Fulton County Ohio, Case Number 18CV20, captioned *Charlotte A. Autry v. Wal-Mart Stores, Inc., et al.* A copy of the Summons and Complaint filed on or about February 7, 2018 is also attached hereto and made a part hereof as Exhibit A.

2. That this is an action at common law in a civil nature and that the amount in controversy, exclusive of interests and costs exceeds the sum of $75,000.00.

1

3. That this is an action that involves a controversy between citizens of different States. Plaintiff Charlotte A. Autry is a citizen of the State of Ohio, residing at 18701 County Road HJ, Wauseon, Ohio 43567. Both Defendants Wal-Mart Stores, Inc. and Wal-Mart Real Estae Business Trust are Delaware corporations whose principal place of business is located in the State of Arkansas.

4. That this is an action to which the United States District Court has been given original jurisdiction pursuant to Title 28, U.S.C. § 1332, and that notice of this removal is timely filed in this case as it is within 30 days of the date of service. Upon information and belief, service of the Summons and Complaint on both Defendants occurred on February 14, 2018.

5. That written notice of the filing of this Notice of Removal will be given to all parties as required by law. A true and accurate copy of this Notice of Removal will be filed with the Clerk of Courts for the Court of Common Pleas for Fulton County, Ohio.

WHEREFORE, this action is properly removed from The Court of Common Pleas for Fulton County, Ohio to the United States District Court for the Northern District of Ohio, Western Division, for all further proceedings.

Respectfully submitted,

*/s/ Brittany H. Asmus*
Taylor C. Knight     (0089531)
Brittany H. Asmus    (0095142)
REMINGER CO., L.P.A.
One Seagate, Suite 1600
Toledo, Ohio 43604
Phone: 419-254-1311
Fax: 419-243-7830
E-Mail: tknight@reminger.com

Attorneys for Defendants,
Wal-Mart Stores, Inc. and
Wal-Mart Real Estate Business Trust

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2018, a copy of foregoing Notice of Removal was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*/s/ Brittany H. Asmus*
Taylor C. Knight    (0089531)
Brittany H. Asmus   (0095142)